Upon de novo review, this Report and Recommendation is hereby adopted without opposition. This ruling is without prejudice to re/cause to re/filing of state law claims in state court. In all other respects, this complaint is dismissed with prejudice. This case may now be closed. So Ordered. /s/ Michael A. Ponsor USDJ 7.6.12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. DICENZO, JR., )
         Plaintiff, )
          )
        v. )    Civil Action. No. 12-30067-KPN
          )
PROBATE AND FAMILY COURT )
DEPARTMENT BERKSHIRE )
DIVISION, ET AL., )
         Defendants )

REPORT AND RECOMMENDATION FOR
DISMISSAL PURSUANT TO 28 U.S.C. § 1915
June 11, 2012

NEIMAN, M.J.

On April 14, 2012, Michael J. Dicenzo, Jr. ("Plaintiff"), an inmate in custody at the Worcester County House of Correction in West Boylston, Massachusetts, filed a self-prepared civil rights complaint naming as Defendants the Berkshire County Probate and Family Court Department, Probation Officer John Lander, and Brian Alerie, the Director of the Phoenix House Community Corrections Center in Pittsfield. The complaint is written in narrative "stream of consciousness" and is not organized or entirely coherent. From what can be gleaned, however, Plaintiff alleges that the Defendants have conspired to violate his civil rights by not following the legal procedures in connection with the adoption of his son, Marcus Joseph Dicenzo. He claims he had no knowledge of the adoption of his son until *after* the final judgment was rendered. Specifically, he claims that the statement (return of service) made in November 2002 by Francis B. Marinaro, the Register of Probate, which indicated that