# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL J. DICENZO, JR.,    )<br>    Plaintiff    )<br>    )<br>    v.    )<br>    )<br>PROBATE AND FAMILY COURT    )<br>DEPARTMENT BERKSHIRE    )<br>DIVISION ET AL.,    )<br>    Defendant    ) | CIVIL ACTION NO. 3:12-cv-30067 -MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing the plaintiff's complaint.

SARAH A. THORNTON,
CLERK OF COURT

Dated:  July 6, 2012              By  /s/ Maurice G. Lindsay
                                      Maurice G. Lindsay
                                      Deputy Clerk

(Civil Judgment of Dismissal-6.wpd - 11/98)
[jgm.]