# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL J. DICENZO, JR.,<br>    Plaintiff | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:12-cv-30067 -MAP |
| PROBATE AND FAMILY COURT<br>DEPARTMENT BERKSHIRE<br>DIVISION ET AL.,<br>    Defendant | ) ) ) ) | |

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.


[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing the plaintiff's complaint.


                      SARAH A. THORNTON,
                      CLERK OF COURT


Dated:  July 6, 2012            By  /s/ *Maurice G. Lindsay*

                      Maurice G. Lindsay
                      Deputy Clerk